IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL D. JACKSON
ADC # 140871                                                              PETITIONER

v.                              No. 5:13-cv-343-DPM-JJV

RAY HOBBS,
Director, ADC                                                             RESPONDENT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's Proposed Findings and Recommendations, № 13, as modified. FED. R. CIV. P. 72(b)(3). Jackson's objections, № 18, are overruled. The Court declines to adopt the last three sentences (and embedded citations) in the first full paragraph on page 10 of the proposal. This material is surplusage. A certificate of appealability will not issue because Jackson hasn't made a substantial showing that the Constitution was violated in his case. 28 U.S.C. § 2253(c)(1)-(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 September 2014