IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL D. JACKSON
ADC # 140871                                                                           PETITIONER

v.                              No. 5:13-cv-343-DPM

RAY HOBBS,
Director, ADC                                                                         RESPONDENT

## JUDGMENT

Jackson's petition for writ of habeas corpus is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 September 2014