IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL D. JACKSON
ADC # 140871                                                                PETITIONER

v.                      No. 5:13-cv-343-DPM-JJV

RAY HOBBS,
Director, ADC                                                                RESPONDENT

## ORDER

Jackson's motion, № 21, is denied. Jackson has not presented adequate grounds for more or different findings or a trial.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 October 2014