IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL D. JACKSON
ADC #140871                                                         PETITIONER

v.                           No. 5:13-cv-343-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                     RESPONDENT

## JUDGMENT

Jackson's Rule 60(b) motion is dismissed without prejudice for lack of jurisdiction.

_____
D.P. Marshall Jr.
United States District Judge

22 January 2021